James SMITH

v.

STATE.

4 Div. 34.

Supreme Court of Alabama.

March 24, 1960.

W. H. Baldwin, Andalusia, for petitioner.

MacDonald Gallion, Atty. Gen., and John G. Bookout, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of James Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Smith v. State, 119 So.2d 202.

Writ denied.

SIMPSON, STAKELY and COLEMAN, JJ., concur.

UNITED SECURITY LIFE INSURANCE CO.

v.

John B. KELLEY.

2 Div. 410.

Supreme Court of Alabama.

March 24, 1960.

S. P. Keith, Jr., Birmingham, for petitioner.

Brobston, Jones & Brobston, Bessemer, opposed.

STAKELY, Justice.

Petition of United Security Life Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in United Security Life Ins. Co. v. Kelley, 119 So.2d 190.

Writ denied.

LAWSON, MERRILL and COLEMAN, JJ., concur.